**Tuesday, November 18, 2014**

No. 15–0170/AR. · Peter T. Roukis, Jr., Petitioner v. United States Army, Respondent. Notice is hereby given that a petition for extraordinary relief pursuant to 28 U.S.C. § 1651(a) was filed by mail under Rule 27(a) on September 22, 2014, and placed on the docket this date. On consideration thereof, it is ordered that said petition is hereby dismissed for lack of jurisdiction.

No. 14–0010/AF. U.S. v. Rafael Verdejo–Ruiz. CCA 37957. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 8, 2014.

No. 14–0063/AF. U.S. v. Jacinta–Marie R. Tompkins. CCA 37627. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 8, 2014.

No. 14–0528/AF. U.S. v. Abner C. Leps. CCA S32129. Appellee's motion to deny the petition for grant of review for lack of jurisdiction is denied.

No. 15–0094/AF. U.S. v. Nicholas R. Cron. CCA 38138. Appellant's second motion to extend time to file a supplement to the petition for grant of review granted, up to and including November 24, 2014.

No. 15–0143/MC. U.S. v. Darren J. Evans. CCA 201300248. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted, but only up to and including December 5, 2014.